UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE                              +
                                   +          Case No. 21-30903
Cedriceka Iverson                  +
Debtor                             +

## NOTICE OF APPEARANCE

Comes now Larry Darby and gives notice to this Honorable Court that he represents Liberty Square Apartments, the current landlord in this cause, and requests notice.

        Respectfully submitted,

                                   /s/   Larry Darby_____
                                   Larry E. Darby
                                   Attorney for Creditor

Darby Law Firm, LLC
P.O. Box 3905
Montgomery, Alabama 36109
Tel 334.356.3593 Fax 334.356.6392
Bankruptcy@AlabamaEvictions.com

## CERTIFICATE OF SERVICE

I certify that the foregoing will be filed electronically (CM/ECF) and will be served upon the following:

Paul D. Esco                       Sabrina McKinney, Trustee
547 South Lawrence St              P.O. Box 173
Montgomery, AL 36104               Montgomery, AL 36101

                                   /s/   Larry Darby_____
                                   Larry E. Darby